UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERWIN L. WEBSTER,<br><br>    Petitioner,<br><br> vs.<br><br>LEROY D. BACA, et al.,<br><br>    Respondent. | Case No. CV 12-616 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. (Docket # 21.) The Court accepts the findings and recommendation of the Magistrate Judge.

  Moreover, the Court observes Petitioner was recently convicted on the formerly-pending narcotics charges and is no longer a pretrial detainee in state custody. (Docket # 25.) Consequently, his habeas request seeking relief from pretrial detention is now moot. <u>See</u> <u>Deere v. Superior Court</u>, 330 Fed. Appx. 693, *1 (9th Cir. Aug. 5, 2009).

1   IT IS ORDERED that Respondents' motion to dismiss is granted and that
2 judgment be entered dismissing this action without prejudice.

DATE:  August 27, 2012            _____
                                  HON. OTIS D. WRIGHT II
                                  UNITED STATES DISTRICT JUDGE