UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERWIN L. WEBSTER, | ) | Case No. CV 12-616 ODW (MRW) |
| Petitioner, | ) ) | |
| vs. | ) | JUDGMENT |
| LEROY D. BACA, Sheriff of Los Angeles County, et al., | ) ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATE: August 27, 2012

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE